UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARIEL TRASANCO,

   Plaintiff,

v.                                          Case No. 3:20cv5259-MCR-HTC

DMD PATRICIA MASON,
RN MARTHA LANG,

   Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 7, 2022. ECF No. 50.  The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 50) is adopted and incorporated by reference in this Order.

Case No. 3:20cv5259-MCR-HTC

2. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with Court orders.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 29th day of August 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**